Black Barry J. Smith Sr.

    Plaintiff,

v.

Community Care Inc., and

Guardiantrac LLC, doing business as GT Independence,

    Defendants.

Case No: **24-C-0386**

## CIVIL RIGHTS COMPLAINT

Jurisdictional Statement: This court has jurisdiction of this complaint arising under the Thirteenth and Fourteenth Amendments to the United States Constitution, Title 42 U.S.C. Section 1981, the Federal Fair Labor Standards Act, and 28 U.S.C. Section 1331.

1st Cause of Action: Defendants have an employment contract with plaintiff that agrees he be paid hourly for all hours worked by him. Plaintiff does home health care work with defendants' client, Donnelly Smith, who is a quadriplegic indigent Medicaid recipient. Since about March of 2013, and still on-going, defendants by their White agents, as government contractors, have violated plaintiff's Thirteenth Amendment right to be free from government slavery by refusing to pay him for approximately twenty-two hundred hours of work out of every twelve months of employment. On March 19, 2024 plaintiff received a letter from defendant, Community Care Inc. which informed him that they will no longer pay him hourly as required by their contract with him; beginning April 1, 2024 the six month budget will be reduced to a one week budget, and instead of plaintiff billing for hours worked he "may only bill for services

1

included in your brother's care plan." Then, on March 28th, 2024 plaintiff received a letter dated March 22, 2024, from the Wisconsin Department of health services, informing him that Community Care Inc. has cancelled Donnelly's enrollment for a missed functional screening. Plaintiff has proof that he agreed with a Black agent of Community Care Inc. to do the functional screening with Donnelly on March 20, 2024; defendant's White agents ordered the Black agent not to keep his agreed appointment to do the screening. Plaintiff has reason to believe the subject letters are in retaliation for his having filed Case Numbers 20-CV-1482 and 24-CV-121 against Community Care Inc. Those cases were dismissed based on a technicality. Community Care Inc., in their first subject letter to plaintiff, has overruled the 24 hour in-home care prescription last refilled on 10/03/2023 by Dr. Jeffrey Katt, MD, FACP. By refusing to honor the contract defendants made with plaintiff, and by refusing to allow plaintiff to enforce subject contract, defendants have inflicted a badge of slavery upon plaintiff, as evidenced by the United States Supreme Court in **Civil Rights Cases, 109 U.S. 3, 22 (1883);** this action by defendants violates plaintiff's Thirteenth and Fourteenth Amendment rights to equal protection of America's laws. Defendants appear to believe plaintiff will be barred out of court because he is Black. Plaintiff's birth date is March 10, 1953 and he would never voluntarily agree for a company or corporation to get paid for the hours he works but refuse and fail to pay him for those same hours because he is Black.

2nd Cause of Action:   Since about March of 2013, and on-going, defendants by their white agents, including Robert Swenson, motivated by the fact that their client Donnelly Smith and plaintiff are Black Americans, have willfully violated plaintiff's right to make and enforce contracts under 42 U.S.C. section 1981. Plaintiff's employment contract with defendants, since 2013, agrees that he is to be paid on an hourly basis, including overtime, for each and every hour he works for them. Plaintiff provides in-home health care to their quadriplegic indigent client,

2

Donnelly Smith, who is a Medicaid recipient. Their client's primary care physician, Dr. Jeffrey Katt, has prescribed 24 hour in-home care for Donnelly Smith. Defendants have willfully refused and failed to fulfill the requirements of their contract with plaintiff; for years they have refused / failed to honor their contract with plaintiff and allow him to enforce that contract. On March 19, 2024 plaintiff received a letter from defendant, Community Care Inc., which informed him that they would no longer pay him hourly as required by their contract with him, beginning April 1st, 2024 the six month budget will be reduced to a one week budget, and instead of plaintiff billing for the hours he works, he "may only bill for services included in your brother's care plan." Then, on March 29th, 2024 plaintiff received a letter dated March 22, 2024, from the Wisconsin Department of Health Services, informing plaintiff that Community Care Inc. has cancelled Donnelly's enrollment for a missed functional screening. Plaintiff has proof that he agreed with a Black agent of Community Care Inc. to do the functional screening with Donnelly on March 20th, 2024; defendant's White agents ordered the Black agent not to keep his appointment to do the functional screening. Plaintiff has reason to believe Community Care Inc.'s subject letters to him are in retaliation for his having filed Cases Numbered 20-CV-1482 and 24-CV-121 against Community Care Inc., which were dismissed based on a technicality. The letters from and about Community Care Inc. are clearly pretexts to end plaintiff's contract with defendants. Community Care Inc., by their subject letter to plaintiff, seek to deprive plaintiff of the hourly pay to which he is entitled by the terms of his employment contract with defendants. Defendants have refused and failed to pay plaintiff for about twenty-two hundred hours of earned pay per year. Plaintiff's date of birth is March 10, 1953 and he would never voluntarily agree for a company or corporation to get paid for the hours he works but refuse and fail to pay him for those same hours because he is Black.

3rd Cause of Action: Since about March of 2016, and on-going, defendants have willfully

3

refused and failed to pay plaintiff for all of the hours and overtime he has worked; a total yearly loss of earned pay amounting to approximately twenty-two hundred hours. Defendants have willfully violated plaintiff's rights under the Federal Fair Labor Standards Act.

Plaintiff demands trial by jury.

Relief Sought:

1st Cause of Action: A declaration from the court that plaintiff is not a Thirteenth Amendment citizen who is subject to government enslavement by government contractors, and that plaintiff is a free citizen of the United States of America who is protected by the Fourteenth Amendment provision that guarantees to him equal protection of all U.S.A. laws.

2nd Cause of Action: Compensatory and punitive damages of one hundred million dollars.

3rd Cause of Action: Defendants to pay plaintiff all hourly and overtime pay owed to him, for hours that they were notified in writing that he had worked at the end of each pay period, but refused and failed to pay him; this amounts to about twenty-two hundred hours per year defendants failed to pay plaintiff, in willful violation of the Federal Fair Labor Standards Act; together with punitive damages and applicable attorney fees.

Dated: March 28, 2024                    Respectfully: *Black Barry J Smith Sr*

Black Barry J. Smith Sr. pro se
3124 W. Silver Spring Drive
Milwaukee, WI 53209
414-315-3913
Progod1@msn.com